# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19-04044-01-CR-C-RK |
| | ) | |
| CHARLES JUNIOUS ADAMS, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

Pending before the Court is the issue of defendant Charles Junious Adams' competency to stand trial. Pursuant to 18 U.S.C. §§ 4241 and 4247, the Court ordered a psychiatric evaluation and held a hearing on the matter. (Docs. 26, 31, 32, and 33). After consideration of the evaluation report before the Court, and the absence of objection by the parties to the information contained therein, this Court recommends issuance of an Order that Mr. Adams is competent to stand trial and able to assist in his own defense.

By way of Indictment brought on May 29, 2019, Mr. Adams is charged with two counts of attempted production of child pornography in violation of 18 U.S.C. § 2251(a). (Doc. 9). On April 6, 2020, counsel for Defendant filed a motion pursuant to 18 U.S.C. § 4241 asking for a determination of Mr. Adams' mental competency. (Doc. 25). Thereafter, the Court ordered a competency examination pursuant to 18 U.S.C. § 4241 to determine if the defendant suffered from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to properly assist with his defense. (Doc. 26).

In accordance with the Court's order, a forensic evaluation report was completed on July 20, 2020, and submitted to the Court by Jeremiah Dwyer, Ph.D., Forensic Psychologist, on August 7, 2020. (Doc. 31). Dr. Dwyer examined Mr. Adams at the Federal Detention Center in Englewood, Colorado and opined that there was no objective evidence Mr. Adams suffers from signs or symptoms of a major mental disorder that would impair his ability to understand the nature

and consequence of the court proceedings against him, or his ability to properly assist counsel in his defense. *Id.* Accordingly, Dr. Dwyer concluded that Mr. Adams is competent to stand trial. *Id.*

On August 27, 2020, the Court held a status hearing concerning Mr. Adams' competency to stand trial. During the hearing, both parties acknowledged receipt and review of the forensic psychiatric evaluation report authored by Dr. Dwyer. The parties stipulated that Dr. Dwyer would testify consistent with his report and neither party had any objections to the findings therein. Based on the forensic psychological report submitted by Dr. Dwyer, and there being no challenge to the findings in the report, the Court submits this Report and Recommendation that defendant Charles Junious Adams is competent to stand trial. Specifically, the Court finds that Mr. Adams is not presently suffering from a mental disease or defect that renders him incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

IT IS, THEREFORE, RECOMMENDED that the Court enter an order finding defendant Charles Junious Adams competent to stand trial.

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its filing will bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

Dated this 27th day of August, 2020, at Jefferson City, Missouri.

*Willie J. Epps, Jr.*
Willie J. Epps, Jr.
United States Magistrate Judge